# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| PAULA MITCHELL RIVERA | § | |
| --- | --- | --- |
| | § | Civil Action No. 4:19-CV-461 |
| v. | § | (Judge Jordan/Judge Nowak) |
| | § | |
| COMMISSIONER, SSA | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Paula Mitchell Rivera's Application for Attorney Fees under the Equal Access to Justice Act (EAJA) (Dkt. #22) and the Commissioner's Response (Dkt. #24) wherein the Commissioner does not object to the requested fees, finds that Plaintiff's Application is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Application (Dkt. #22) is **GRANTED**, and the Commissioner is directed to pay six thousand nine hundred ninety dollars ($6,990.00) in attorney fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**So ORDERED and SIGNED this 20th day of March, 2020.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE